## THOMAS PALMER AND JOHN PALMER, SURVIVORS OF THE LATE FIRM OF F., T., & J. PALMER, *versus* PETER VAN EVERY.

JOURNAL ENTRIES (1831–35): *Journal 4:* (1) Demurrer overruled *p. 441; (2) motion for rule to answer *p. 476; (3) continued *p. 485; (4) rule to answer *p. 519. *Journal 5:* (5) Rule to answer *p. 12; (6) continued *p. 99.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) demurrer to bill of complaint; (5) precipe to set demurrer for argument; (6) motion for rule to answer; (7) stipulation for time to plead or answer.

*Chancery Case* 136 of 1830.

## HENRY HOWARD, RALPH WADHAMS, AND WILLIAM S. DEZING *versus* THOMAS SCOTT.

JOURNAL ENTRIES (1831–35): *Journal 4:* (1) Demurrer argued, submitted *p. 448; (2) demurrer overruled *p. 498; (3) leave granted to amend *p. 501. *Journal 5:* (4) Motion to dismiss *p. 28; (5) leave to amend enlarged, continued *p. 31; (6) leave to amend rescinded *p. 72.

PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) demurrer to bill of complaint; (4) motion to set demurrer for hearing; (5) motion to dismiss.

*Chancery Case* 140 of 1830.

## SAMUEL WILLIAMS *versus* JOHN CRAMER.

JOURNAL ENTRIES (1831): *Journal 4:* (1) Continued *p. 450.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari; (3) writ of certiorari and return.

*1824–36 Calendar*, MS p. 202.

## UNITED STATES *versus* DAVID THOMPSON.

JOURNAL ENTRIES (1831–32): *Journal 4:* (1) Information filed, writ of quo warranto ordered issued *p. 453; (2) motion for rule to plead to information *p. 459; (3) leave given to file substitute for original information *p. 462; (4) rule to plead to information *p. 464; (5) rule for "joinder" to replication *p. 469; (6) motion for leave to rejoin *p. 474; (7) leave given to rejoin *p. 480; (8) rule to join in demurrer *p. 482; (9) cause argued, submitted *p. 493; (10) demurrer to rejoinder sustained, judgment *p. 497.

PAPERS IN FILE: (1) Affidavit of Owen Aldrich for quo warranto; (2) summons, acknowledgment of service; (3) answer; (4) motion for rule to plead to information; (5) affidavit of B. F. H. Witherell re loss of information, etc.; (6) information; (7) plea; (8) copy of rule to plead; (9) replication; (10) rejoinder; (11) demurrer to rejoinder; (12) motion for rule to join in demurrer; (13) joinder in demurrer.

*1824–36 Calendar*, MS p. 214.